**Order entered May 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00038-CV

**BASIL BROWN, Appellant**

**V.**

**ROBERT HAWKINS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 16C-0127**

## ORDER

    Appellant has been declared a vexatious litigant and is required to obtain permission from the local administrative judge to file this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). By order dated May 1, 2019, the Court extended the deadline for appellant to obtain an order from the local administrative judge of Kaufman County permitting the filing of this appeal to May 28, 2019. Before the Court is appellee's May 3, 2019 motion to vacate this Court's May 1 order. We **DENY** appellee's motion.

    Also before the Court is appellant's May 2, 2019 motion to remand this case back to the trial court. We **DENY** appellant's motion.

                                        /s/     BILL WHITEHILL
                                                JUSTICE